# United States District Court

SOUTHERN **DISTRICT OF** NEW YORK

ORIX FINANCIAL SERVICES, INC., formerly known as ORIX CREDIT ALLIANCE, INC.,

**SUMMONS IN A CIVIL CASE**

V.

MECUM TRANSIT, INC., and KIMBERLY MECUM a/k/a KIM MECUM,

CASE NUMBER: Judge Casey

**04 CV 3728**

TO: (Name and address of defendant)

MECUM TRANSIT
1925 FM 362
Brookshire, Texas 77423

KIMBERLY MECUM
22918 Walderford Drive
Katy, Texas 77450

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DAVIDOFF MALITO & HUTCHER, LLP
605 Third Avenue, 34th floor
New York, New York 10158

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

MAY 17 2004

CLERK: Melanie L. Lopez

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/83) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE<br>June 17, 2004 |
| NAME OF SERVER (PRINT)<br>Maria Nappi | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Personal Service in the State and County of New York upon the defendants by personal service upon Carol Nicholas, an officer for the C-A Credit Corp., defendants' designated agent for Service of Process in New York pursuant to agreement signed by the defendants (copy exhibited to the complaint)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 17, 2004
             Date                              Signature of Server

Address of Server
Davidoff Malito & Hutcher, LLP
605 Third Avenue, 34th floor
New York, New York 10158

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.