UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ORIX FINANCIAL SERVICES, INC.,
formerly known as
ORIX CREDIT ALLIANCE, INC.,

                        Plaintiff,

-against-

MECUM TRANSIT, INC., and
KIMBERLY MECUM a/k/a KIM MECUM,

                        Defendants.
-----------------------------------------------------------------X

**COURTESY COPY**

**NOTICE OF MOTION
FOR DEFAULT JUDGMENT**

04 Civ. 3728 (RCC)

      **PLEASE TAKE NOTICE**, that upon the annexed Affidavit in Support of Plaintiff's Motion for Default Judgment, made and sworn to on August 4, 2004, by Yvonne Kalpakoff, an officer of plaintiff, the Affirmation of Lewis M. Smoley, a member of the law firm of Davidoff, Malito & Hutcher LLP, attorneys for the plaintiff, dated August 5, 2004, plaintiff's Statement, a Certificate of the Clerk of this Court noting the default of the Defendant KIMBERLY MECUM a/k/a KIM MECUM in the pleadings, and all prior papers and proceedings had herein, the undersigned will move before the Honorable Richard Conway Casey, United States District Judge, United States Courthouse, 500 Pearl Street, New York, New York 10007, for an order upon plaintiff's motion for judgment by default in favor of the Plaintiff ORIX FINANCIAL SERVICES, INC., formerly known as ORIX CREDIT ALLIANCE, INC. and against the Defendant KIMBERLY MECUM a/k/a KIM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-16-04

DM:00314855.1

Exhibit A    Exhibit B    Exhibit C    Exhibit D    Exhibit E    Exhibit F

MECUM on the annexed form hereto, and for such other and further relief as to this Court may seem proper.

Dated:   New York, New York
         August 10, 2004

DAVIDOFF, MALITO & HUTCHER, LLP

*APPLICATION GRANTED*
*[signature]*
HON. RICHARD CONWAY CASEY  8/16/04

by Lewis M. Smoley (LS-4613)
Attorneys for Plaintiff
605 Third Avenue - 34th floor
New York, New York 10158
(212) 557-7200

To:   Kimberley Mecum
      1215 Mahogany Run Drive
      Katy, Texas 779494

DM:00314855.1

Exhibit A  Exhibit B  Exhibit C  Exhibit D  Exhibit E  Exhibit F