UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORIX FINANCIAL SERVICES, INC.,

    Plaintiff,

- against -

MECUM TRANSIT, INC.,

    Defendant.

04 Civ. 3728 (RCC)

ORDER

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-7-05
```

**RICHARD CONWAY CASEY, United States District Judge:**

    The Court having been advised that the sole remaining defendant in this action, Mecum Transit, Inc., has filed for Chapter 7 bankruptcy, it is hereby **ORDERED** that this case be placed on the Court's suspense docket. Plaintiff's counsel is to notify the Court within twenty days of the end of the bankruptcy proceedings.

**So Ordered:** New York, New York
                February 7, 2005

_____
Richard Conway Casey, U.S.D.J.