# DAVIDOFF MALITO & HUTCHER LLP

| | ATTORNEYS AT LAW | |
|---|---|---|
| GARDEN CITY | 605 THIRD AVENUE | ALBANY |
| 200 GARDEN CITY PLAZA | NEW YORK, NEW YORK 10158 | 150 STATE STREET |
| GARDEN CITY, N.Y. 11530 | | ALBANY, N.Y. 12207 |
| (516) 248-6400 | | (518) 465-8230 |
| | (212) 557-7200 | |
| MELVILLE | FAX (212) 286-1884 | WASHINGTON, D.C. |
| 105 MAXESS RD, SUITE 124S | WWW.DMLEGAL.COM | 444 NORTH CAPITOL STREET, N.W. |
| MELVILLE, N.Y. 11747 | | WASHINGTON, D.C. 20001 |
| (631) 574-4510 | | (202) 347-1117 |

July 23, 2007

*Via facsimile (212) 805-6326*

**RECEIVED JUL 2 3 2007 CHAMBERS OF COLLEEN McMAHON**

Hon. Colleen McMahon
United States District Judge
United States District Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: **Orix Financial Services, Inc., v. Mecum Transit Inc. & Kimberly Mecum**
04 Civ 3728 (RCC)

Dear Judge McMahon:

Our firm represents the plaintiff in the subject case. This letter is for the purpose of updating you on the status of Defendant Mecum Transit, Inc.'s bankruptcy case, the filing of which resulted in this case having been put on the suspense calendar.

I am now advised that Mecum Transit, Inc. has been discharged from its indebtedness to plaintiff in said bankruptcy case. Consequently, the subject case can now be closed.

Very truly yours,

Lewis M. Smoley

LMS/mlr
cc: all defendants

[Judge's signature: Colleen McMahon]

**USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/07**